# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES STANLEY, | § | |
| | § | No. 704, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. No. 0804003889 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 17, 2016
Decided: August 18, 2016

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 18th day of August 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its memorandum opinion dated November 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice